**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Adam M. Kvederis                                     CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-22759 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC. and index same on the master mailing list.

                                   Respectfully submitted,

/s/ *Brent J. Lemon*
Brent Lemon
18 Nov 2024, 09:17:56, EST

Denise Carlon, Esq. (317226)   ☐
Brent Lemon, Esq. (86478)      ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: bd9f53bf2a742f344c859a2413de750cc5e8aeba875675f9f283f3769cc0b626