**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/25/24 1:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | : | Case No: 24-22759-JAD |
| | : | |
| Adam M. Kvederis, | : | Chapter 13 |
| Debtor, | : | |
| | : | Related to Docket No: 12 |
| Adam M. Kvederis, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondent, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |

**ORDER TO EXTEND DEADLINE REGARDING COMPLETION OF THE FILING OF CHAPTER 13 PETITION, SCHEDULES, CHAPTER 13 PLAN PAYMENT AND PROOF OF INCOME**

**AND NOW** on this __25th__ day of __November__, 2024, upon consideration of Debtors' Motion to Extend Deadline Regarding Completion of the Filing of Chapter 13 Petition, Schedules, Chapter 13 Plan Payment and Proof of Income, it is hereby **ORDERED, ADJUDGED, AND DECREED** that said Motion is **GRANTED**. Debtor shall have until **December 9, 2024** [14 days later] to file his Chapter 13 Schedules, Statement of Financial Affairs, Proof of Income, and all other information and forms required.

BY THE COURT,

_/s/ Jeffery A. Deller_ jsf
Jeffery A. Deller, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-22759-JAD |
| Adam M. Kvederis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 25, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2024:**

**Recip ID       Recipient Name and Address**
db          +   Adam M. Kvederis, 11 Antil Avenue, Mc Donald, PA 15057-2815

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2024                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2024 at the address(es) listed below:

**Name                         Email Address**

Brent J. Lemon
  on behalf of Creditor LAKEVIEW LOAN SERVICING LLC. blemon@kmllawgroup.com, lemondropper75@hotmail.com

Daniel P. Foster
  on behalf of Debtor Adam M. Kvederis dan@mrdebtbuster.com
  katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Keri P. Ebeck
  on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
  btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

District/off: 0315-2        User: auto        Page 2 of 2

Date Rcvd: Nov 25, 2024        Form ID: pdf900        Total Noticed: 1

TOTAL: 5