# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 24-22759-JAD |
| | : | |
| Adam M. Kvederis, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**UPMC Life Changing Medicine:**

**September 27, 2024 – November 8, 2024**

**AHN Emerus, LLC:**

**October 25, 2024 – November 8, 2024**

**Next Payment Advice Expected (post-filing):**

**UPMC Life Changing Medicine:**

**November 22, 2024**

**AHN Emerus, LLC:**

**November 22, 2024**

C.C.

# KVEDERIS, ADAM

C.C.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 24-22759-JAD |
| | : | |
| Adam M. Kvederis, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |

### VERIFICATION REGARDING PROOF OF INCOME

I, Adam M. Kvederis, hereby state as follows:

1.) I am employed by UPMC Life Changing Medicine where I bring home an average of $6,915.22 per month.
2.) I am also employed by AHN Emerus, LLC Part-Time where I bring home an average of $1,228.05 per month.
3.) I was required to file 2022 – 2023 tax returns; therefore, I have submitted the same to the Trustee.
4.) I have submitted to the Trustee proof of income from all sources I have in my possession.

    I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>November 15, 2024</u>           <u>/s/ *Adam M. Kvederis*</u>
                                                           Debtor

# KVEDERIS, ADAM



**Payslip**

Page: 1 of 3

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Adam Kvederis | | UPMC Biweekly Payroll |
| Person Number | Assignment Number | Salary Basis Name |
| | | Hourly |
| | Job Title | Tax Reporting Unit Name |
| | RN - UPMC Travel Staffing ED, Southwest | UPMC Travel Staffing |
| Employee Address | Position | Tax Reporting Unit Address |
| 11 Antil Avenue<br>Mc Donald, PA 15057<br>US | RN - UPMC Travel Staffing ED, Southwest | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 8-Sep-2024 | 21-Sep-2024 | 27-Sep-2024 | 60.00 |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 5,316.00 | 95,886.53 |
| Imputed Earnings | 0.00 | 107.10 |
| Pretax Deductions | 221.56 | 5,076.40 |
| Employee Tax Deductions | 1,423.09 | 24,613.37 |
| Involuntary Deductions | 138.46 | 2,935.36 |
| Voluntary Deductions | 47.52 | 902.88 |
| Net Payment | 3,485.37 | 62,251.42 |

### Earnings

| Description | Current | Year to Date |
|---|---|---|
| Basic Life Taxable | 0.00 | 107.10 |
| Day OT Premium | 246.00 | 551.22 |
| Day OT Regular | 492.00 | 1,098.00 |
| Day Regular | 1,710.00 | 49,662.00 |
| Holiday Time Off Paid | 0.00 | 732.00 |
| Holiday Worked | 0.00 | 1,791.00 |
| In Service | 390.00 | 390.00 |
| Off Shift Regular | 0.00 | 9,355.80 |
| Offshift OT Premium | 0.00 | 33.45 |
| Offshift OT Regular | 0.00 | 68.20 |
| Orientation Weekend | 0.00 | 1,452.00 |
| Seminar Conference Hours | 300.00 | 840.00 |
| Weekend OT Premium | 0.00 | 804.00 |
| Weekend OT Regular | 0.00 | 1,608.00 |
| Weekend Offshift | 0.00 | 7,861.60 |
| Weekend Offshift OT Premium | 0.00 | 283.56 |
| Weekend Offshift OT Regular | 0.00 | 576.60 |
| Weekend Regular | 2,178.00 | 13,320.00 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day OT Premium | | | 8.20 | Hours | 60.00 | 0.50 | 246.00 |
| Day OT Regular | | | 8.20 | Hours | 60.00 | 1.00 | 492.00 |
| Day Regular | | | 28.50 | Hours | 60.00 | 1.00 | 1,710.00 |
| In Service | | | 6.50 | Hours | 60.00 | 1.00 | 390.00 |
| Seminar Conference Hours | | | 5.00 | Hours | 60.00 | 1.00 | 300.00 |
| Weekend Regular | | | 36.30 | Hours | 60.00 | 1.00 | 2,178.00 |



**Payslip**

Page: 2 of 3

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| Holiday Unused Entitlement Payment | 0.00 | 2,628.00 |
| PTO Entitlement Payment | 0.00 | 2,724.00 |

| Hours | | |
|---|---|---|
| Description | Current | Year to Date |
| Day OT Premium Hours Worked | 8.20 | 18.30 |
| Day OT Regular Hours Worked | 8.20 | 18.30 |
| Day Regular Hours Worked | 28.50 | 827.70 |
| Holiday Time Off Paid Hours Worked | 0.00 | 12.20 |
| Holiday Unused Entitlement Hours | 0.00 | 43.80 |
| Holiday Worked Hours Worked | 0.00 | 19.90 |
| In Service Hours Worked | 6.50 | 6.50 |
| Off Shift Regular Hours Worked | 0.00 | 150.90 |
| Offshift OT Premium Hours Worked | 0.00 | 1.10 |
| Offshift OT Regular Hours Worked | 0.00 | 1.10 |
| Orientation Weekend Hours Worked | 0.00 | 24.20 |
| PTO Entitlement Hours | 0.00 | 45.40 |
| Paid Meal Break | 3.00 | 57.50 |
| Seminar Conference Hours Hours Worked | 5.00 | 14.00 |
| Weekend OT Premium Hours Worked | 0.00 | 26.80 |
| Weekend OT Regular Hours Worked | 0.00 | 26.80 |
| Weekend Offshift Hours Worked | 0.00 | 126.80 |
| Weekend Offshift OT Premium Hours Worked | 0.00 | 9.30 |
| Weekend Offshift OT Regular Hours Worked | 0.00 | 9.30 |
| Weekend Regular Hours Worked | 36.30 | 222.00 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| AFLAC Personal Accident | 15.60 | 296.40 |
| Advantage Platinum EE Pre Tax | 108.00 | 2,160.00 |
| Elite Vision EE Pre Tax | 4.05 | 81.00 |
| McGann Parking Pretax V1 | 0.00 | 390.00 |
| PTO Buy Pre Tax V2 | 82.93 | 1,662.39 |
| Premium Dental EE Pre Tax | 10.98 | 219.60 |
| Savings Plan 403b | 0.00 | 267.01 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| FIT Withheld | 820.30 | 13,820.58 |
| Social Security Employee Withheld | 315.85 | 5,646.78 |
| Medicare Employee Withheld | 73.87 | 1,320.62 |
| SIT Withheld (PA) | 156.40 | 2,804.76 |
| SUI Employee Withheld (PA) | 3.73 | 67.05 |
| City Withheld (PA,Washington,Mount Pleasant Township) | 25.47 | 456.79 |
| Head Tax Withheld (PA,Allegheny,Pittsburgh) | 2.00 | 34.00 |
| Head Tax Withheld (PA,Allegheny,Monroeville) | 0.00 | 6.00 |
| School Withheld (PA,Fort Cherry SD) | 25.47 | 456.79 |

| Other Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| AFLAC Personal STD | 47.52 | 902.88 |



**Payslip**  Page: 3 of 3

| | | | | 138.46 | 2,935.36 |
|---|---|---|---|---|---|
| Child Support Deduction (4280102021a) | | | | | |
| **Net Pay Distribution** | | | | | |
| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
| | | | | USD | 3,485.37 |

| **Tax Withholding Information** | | | |
|---|---|---|---|
| Type | Marital Status | Total Dependent Amount | Extra Withholding |
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

| **Tax Withholding Information** | | | |
|---|---|---|---|
| Type | Marital Status | Exemptions | Additional Amount |
| PA | | | 0.00 |



**Payslip**  Page: 1 of 3

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Adam Kvederis |  | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
|  |  | Hourly |
|  | **Job Title** | **Tax Reporting Unit Name** |
|  | RN - UPMC Travel Staffing ED, Southwest | UPMC Travel Staffing |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 11 Antil Avenue<br>Mc Donald, PA 15057<br>US | RN - UPMC Travel Staffing ED, Southwest | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 22-Sep-2024 | 5-Oct-2024 | 11-Oct-2024 | 60.00 |

### Summary

| Description | Current | Year to Date |
|---|---:|---:|
| Gross Earnings | 4,356.70 | 100,243.23 |
| Imputed Earnings | 11.90 | 119.00 |
| Pretax Deductions | 221.57 | 5,297.97 |
| Employee Tax Deductions | 1,085.12 | 25,698.49 |
| Involuntary Deductions | 138.46 | 3,073.82 |
| Voluntary Deductions | 47.52 | 950.40 |
| Net Payment | 2,852.13 | 65,103.55 |

### Earnings

| Description | Current | Year to Date |
|---|---:|---:|
| Basic Life Taxable | 11.90 | 119.00 |
| Day OT Premium | 0.00 | 551.22 |
| Day OT Regular | 0.00 | 1,098.00 |
| Day Regular | 1,704.00 | 51,366.00 |
| Holiday Time Off Paid | 0.00 | 732.00 |
| Holiday Worked | 0.00 | 1,791.00 |
| In Service | 0.00 | 390.00 |
| Off Shift Regular | 477.40 | 9,833.20 |
| Offshift OT Premium | 0.00 | 33.45 |
| Offshift OT Regular | 0.00 | 68.20 |
| Orientation Weekend | 0.00 | 1,452.00 |
| Seminar Conference Hours | 0.00 | 840.00 |
| Weekend OT Premium | 0.00 | 804.00 |
| Weekend OT Regular | 0.00 | 1,608.00 |
| Weekend Offshift | 477.40 | 8,339.00 |
| Weekend Offshift OT Premium | 0.00 | 283.56 |
| Weekend Offshift OT Regular | 0.00 | 576.60 |
| Weekend Regular | 1,641.00 | 14,961.00 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---:|---|---:|---:|---:|
| Day Regular |  |  | 28.40 | Hours | 60.00 | 1.00 | 1,704.00 |
| Off Shift Regular |  |  | 7.70 | Hours | 62.00 | 1.00 | 477.40 |
| PTO Entitlement |  |  | 0.75 | Hours | 60.00 | 1.00 | 45.00 |
| Weekend Offshift |  |  | 7.70 | Hours | 62.00 | 1.00 | 477.40 |
| Weekend Regular |  |  | 27.35 | Hours | 60.00 | 1.00 | 1,641.00 |

### Absences

| Description | Current | Year to Date |
|---|---|---|



**Payslip**

Page: 2 of 3

| Description | Current | Year to Date |
|---|---|---|
| Holiday Unused Entitlement Payment | 0.00 | 2,628.00 |
| PTO Entitlement Payment | 45.00 | 2,769.00 |

| Hours | | |
|---|---|---|
| Description | Current | Year to Date |
| Day OT Premium Hours Worked | 0.00 | 18.30 |
| Day OT Regular Hours Worked | 0.00 | 18.30 |
| Day Regular Hours Worked | 28.40 | 856.10 |
| Holiday Time Off Paid Hours Worked | 0.00 | 12.20 |
| Holiday Unused Entitlement Hours | 0.00 | 43.80 |
| Holiday Worked Hours Worked | 0.00 | 19.90 |
| In Service Hours Worked | 0.00 | 6.50 |
| Off Shift Regular Hours Worked | 7.70 | 158.60 |
| Offshift OT Premium Hours Worked | 0.00 | 1.10 |
| Offshift OT Regular Hours Worked | 0.00 | 1.10 |
| Orientation Weekend Hours Worked | 0.00 | 24.20 |
| PTO Entitlement Hours | 0.75 | 46.15 |
| Paid Meal Break | 3.00 | 60.50 |
| Seminar Conference Hours Hours Worked | 0.00 | 14.00 |
| Weekend OT Premium Hours Worked | 0.00 | 26.80 |
| Weekend OT Regular Hours Worked | 0.00 | 26.80 |
| Weekend Offshift Hours Worked | 7.70 | 134.50 |
| Weekend Offshift OT Premium Hours Worked | 0.00 | 9.30 |
| Weekend Offshift OT Regular Hours Worked | 0.00 | 9.30 |
| Weekend Regular Hours Worked | 27.35 | 249.35 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| AFLAC Personal Accident | 15.60 | 312.00 |
| Advantage Platinum EE Pre Tax | 108.00 | 2,268.00 |
| Elite Vision EE Pre Tax | 4.05 | 85.05 |
| McGann Parking Pretax V1 | 0.00 | 390.00 |
| PTO Buy Pre Tax V2 | 82.94 | 1,745.33 |
| Premium Dental EE Pre Tax | 10.98 | 230.58 |
| Savings Plan 403b | 0.00 | 267.01 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| FIT Withheld | 595.92 | 14,416.50 |
| Social Security Employee Withheld | 256.38 | 5,903.16 |
| Medicare Employee Withheld | 59.96 | 1,380.58 |
| SIT Withheld (PA) | 126.58 | 2,931.34 |
| SUI Employee Withheld (PA) | 3.04 | 70.09 |
| City Withheld (PA,Washington,Mount Pleasant Township) | 20.62 | 477.41 |
| Head Tax Withheld (PA,Allegheny,Pittsburgh) | 2.00 | 36.00 |
| Head Tax Withheld (PA,Allegheny,Monroeville) | 0.00 | 6.00 |
| School Withheld (PA,Fort Cherry SD) | 20.62 | 477.41 |

| Other Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| AFLAC Personal STD | 47.52 | 950.40 |
| Child Support Deduction (4280102021a) | 138.46 | 3,073.82 |

**Net Pay Distribution**

 **Payslip**    Page: 3 of 3

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| | | | | USD | 2,852.13 |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Total Dependent Amount | Extra Withholding |
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Exemptions | Additional Amount |
| PA | | | 0.00 |



**Payslip**    Page: 1 of 3

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Adam Kvederis | | UPMC Biweekly Payroll |
| Person Number | Assignment Number | Salary Basis Name |
| | 2 | Hourly |
| | Job Title | Tax Reporting Unit Name |
| | RN - UPMC Travel Staffing ED, Southwest | UPMC Travel Staffing |
| Employee Address | Position | Tax Reporting Unit Address |
| 11 Antil Avenue<br>Mc Donald, PA 15057<br>US | RN - UPMC Travel Staffing ED, Southwest | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 6-Oct-2024 | 19-Oct-2024 | 25-Oct-2024 | 60.00 |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 4,392.00 | 104,635.23 |
| Imputed Earnings | 0.00 | 119.00 |
| Pretax Deductions | 221.56 | 5,519.53 |
| Employee Tax Deductions | 1,097.53 | 26,796.02 |
| Involuntary Deductions | 138.46 | 3,212.28 |
| Voluntary Deductions | 47.52 | 997.92 |
| Net Payment | 2,886.93 | 67,990.48 |

### Earnings

| Description | Current | Year to Date |
|---|---|---|
| Basic Life Taxable | 0.00 | 119.00 |
| Day OT Premium | 0.00 | 551.22 |
| Day OT Regular | 0.00 | 1,098.00 |
| Day Regular | 2,214.00 | 53,580.00 |
| Holiday Time Off Paid | 0.00 | 732.00 |
| Holiday Worked | 0.00 | 1,791.00 |
| In Service | 0.00 | 390.00 |
| Off Shift Regular | 0.00 | 9,833.20 |
| Offshift OT Premium | 0.00 | 33.45 |
| Offshift OT Regular | 0.00 | 68.20 |
| Orientation Weekend | 0.00 | 1,452.00 |
| Seminar Conference Hours | 0.00 | 840.00 |
| Weekend OT Premium | 0.00 | 804.00 |
| Weekend OT Regular | 0.00 | 1,608.00 |
| Weekend Offshift | 0.00 | 8,339.00 |
| Weekend Offshift OT Premium | 0.00 | 283.56 |
| Weekend Offshift OT Regular | 0.00 | 576.60 |
| Weekend Regular | 2,178.00 | 17,139.00 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 36.90 | Hours | 60.00 | 1.00 | 2,214.00 |
| Weekend Regular | | | 36.30 | Hours | 60.00 | 1.00 | 2,178.00 |

### Absences

| Description | Current | Year to Date |
|---|---|---|
| Holiday Unused Entitlement Payment | 0.00 | 2,628.00 |
| PTO Entitlement Payment | 0.00 | 2,769.00 |



**Payslip**                                                                                                           Page: 2 of 3

| Hours | | |
|---|---|---|
| Description | Current | Year to Date |
| Day OT Premium Hours Worked | 0.00 | 18.30 |
| Day OT Regular Hours Worked | 0.00 | 18.30 |
| Day Regular Hours Worked | 36.90 | 893.00 |
| Holiday Time Off Paid Hours Worked | 0.00 | 12.20 |
| Holiday Unused Entitlement Hours | 0.00 | 43.80 |
| Holiday Worked Hours Worked | 0.00 | 19.90 |
| In Service Hours Worked | 0.00 | 6.50 |
| Off Shift Regular Hours Worked | 0.00 | 158.60 |
| Offshift OT Premium Hours Worked | 0.00 | 1.10 |
| Offshift OT Regular Hours Worked | 0.00 | 1.10 |
| Orientation Weekend Hours Worked | 0.00 | 24.20 |
| PTO Entitlement Hours | 0.00 | 46.15 |
| Paid Meal Break | 3.00 | 63.50 |
| Seminar Conference Hours Hours Worked | 0.00 | 14.00 |
| Weekend OT Premium Hours Worked | 0.00 | 26.80 |
| Weekend OT Regular Hours Worked | 0.00 | 26.80 |
| Weekend Offshift Hours Worked | 0.00 | 134.50 |
| Weekend Offshift OT Premium Hours Worked | 0.00 | 9.30 |
| Weekend Offshift OT Regular Hours Worked | 0.00 | 9.30 |
| Weekend Regular Hours Worked | 36.30 | 285.65 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| AFLAC Personal Accident | 15.60 | 327.60 |
| Advantage Platinum EE Pre Tax | 108.00 | 2,376.00 |
| Elite Vision EE Pre Tax | 4.05 | 89.10 |
| McGann Parking Pretax V1 | 0.00 | 390.00 |
| PTO Buy Pre Tax V2 | 82.93 | 1,828.26 |
| Premium Dental EE Pre Tax | 10.98 | 241.56 |
| Savings Plan 403b | 0.00 | 267.01 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| FIT Withheld | 603.69 | 15,020.19 |
| Social Security Employee Withheld | 258.57 | 6,161.73 |
| Medicare Employee Withheld | 60.47 | 1,441.05 |
| SIT Withheld (PA) | 128.03 | 3,059.37 |
| SUI Employee Withheld (PA) | 3.07 | 73.16 |
| City Withheld (PA,Washington,Mount Pleasant Township) | 20.85 | 498.26 |
| Head Tax Withheld (PA,Allegheny,Pittsburgh) | 2.00 | 38.00 |
| Head Tax Withheld (PA,Allegheny,Monroeville) | 0.00 | 6.00 |
| School Withheld (PA,Fort Cherry SD) | 20.85 | 498.26 |

| Other Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| AFLAC Personal STD | 47.52 | 997.92 |
| Child Support Deduction (4280102021a) | 138.46 | 3,212.28 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
| | | | | USD | 2,886.93 |

 **Payslip**    Page: 3 of 3

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Total Dependent Amount | Extra Withholding |
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Exemptions | Additional Amount |
| PA | | | 0.00 |



# Payslip

Page: 1 of 3

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Adam Kvederis | | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| | | Hourly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | RN - UPMC Travel Staffing ED, Southwest | UPMC Travel Staffing |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 11 Antil Avenue<br>Mc Donald, PA 15057<br>US | RN - UPMC Travel Staffing ED, Southwest | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 20-Oct-2024 | 2-Nov-2024 | 8-Nov-2024 | 60.00 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 5,385.02 | 110,020.25 |
| Imputed Earnings | 11.90 | 130.90 |
| Pretax Deductions | 221.57 | 5,741.10 |
| Employee Tax Deductions | 1,447.29 | 28,243.31 |
| Involuntary Deductions | 138.46 | 3,350.74 |
| Voluntary Deductions | 47.52 | 1,045.44 |
| Net Payment | 3,518.28 | 71,508.76 |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| Basic Life Taxable | 11.90 | 130.90 |
| Day OT Premium | 0.00 | 551.22 |
| Day OT Regular | 0.00 | 1,098.00 |
| Day Regular | 1,692.00 | 55,272.00 |
| Holiday Time Off Paid | 0.00 | 732.00 |
| Holiday Worked | 0.00 | 1,791.00 |
| In Service | 0.00 | 390.00 |
| Off Shift Regular | 489.80 | 10,323.00 |
| Offshift OT Premium | 0.00 | 33.45 |
| Offshift OT Regular | 0.00 | 68.20 |
| Orientation Weekend | 0.00 | 1,452.00 |
| Seminar Conference Hours | 0.00 | 840.00 |
| Weekend OT Premium | 3.03 | 807.03 |
| Weekend OT Regular | 6.00 | 1,614.00 |
| Weekend Offshift | 508.40 | 8,847.40 |
| Weekend Offshift OT Premium | 245.69 | 529.25 |
| Weekend Offshift OT Regular | 502.20 | 1,078.80 |
| Weekend Regular | 1,926.00 | 19,065.00 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 28.20 | Hours | 60.00 | 1.00 | 1,692.00 |
| Off Shift Regular | | | 7.90 | Hours | 62.00 | 1.00 | 489.80 |
| Weekend OT Premium | | | 0.10 | Hours | 60.66 | 0.50 | 3.03 |
| Weekend OT Regular | | | 0.10 | Hours | 60.00 | 1.00 | 6.00 |
| Weekend Offshift | | | 8.20 | Hours | 62.00 | 1.00 | 508.40 |
| Weekend Offshift OT Premium | | | 8.10 | Hours | 60.66 | 0.50 | 245.69 |
| Weekend Offshift OT Regular | | | 8.10 | Hours | 62.00 | 1.00 | 502.20 |



**Payslip**

Page: 2 of 3

| Description | | | | | | | |
|---|---|---|---|---|---|---|---|
| Weekend Regular | | | 32.10 | Hours | 60.00 | 1.00 | 1,926.00 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| Holiday Unused Entitlement Payment | 0.00 | 2,628.00 |
| PTO Entitlement Payment | 0.00 | 2,769.00 |

| Hours | | |
|---|---|---|
| Description | Current | Year to Date |
| Day OT Premium Hours Worked | 0.00 | 18.30 |
| Day OT Regular Hours Worked | 0.00 | 18.30 |
| Day Regular Hours Worked | 28.20 | 921.20 |
| Holiday Time Off Paid Hours Worked | 0.00 | 12.20 |
| Holiday Unused Entitlement Hours | 0.00 | 43.80 |
| Holiday Worked Hours Worked | 0.00 | 19.90 |
| In Service Hours Worked | 0.00 | 6.50 |
| Off Shift Regular Hours Worked | 7.90 | 166.50 |
| Offshift OT Premium Hours Worked | 0.00 | 1.10 |
| Offshift OT Regular Hours Worked | 0.00 | 1.10 |
| Orientation Weekend Hours Worked | 0.00 | 24.20 |
| PTO Entitlement Hours | 0.00 | 46.15 |
| Paid Meal Break | 3.50 | 67.00 |
| Seminar Conference Hours Hours Worked | 0.00 | 14.00 |
| Weekend OT Premium Hours Worked | 0.10 | 26.90 |
| Weekend OT Regular Hours Worked | 0.10 | 26.90 |
| Weekend Offshift Hours Worked | 8.20 | 142.70 |
| Weekend Offshift OT Premium Hours Worked | 8.10 | 17.40 |
| Weekend Offshift OT Regular Hours Worked | 8.10 | 17.40 |
| Weekend Regular Hours Worked | 32.10 | 317.75 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| AFLAC Personal Accident | 15.60 | 343.20 |
| Advantage Platinum EE Pre Tax | 108.00 | 2,484.00 |
| Elite Vision EE Pre Tax | 4.05 | 93.15 |
| McGann Parking Pretax V1 | 0.00 | 390.00 |
| PTO Buy Pre Tax V2 | 82.94 | 1,911.20 |
| Premium Dental EE Pre Tax | 10.98 | 252.54 |
| Savings Plan 403b | 0.00 | 267.01 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| FIT Withheld | 836.86 | 15,857.05 |
| Social Security Employee Withheld | 320.13 | 6,481.86 |
| Medicare Employee Withheld | 74.87 | 1,515.92 |
| SIT Withheld (PA) | 158.15 | 3,217.52 |
| SUI Employee Withheld (PA) | 3.76 | 76.92 |
| City Withheld (PA,Washington,Mount Pleasant Township) | 25.76 | 524.02 |
| Head Tax Withheld (PA,Allegheny,Pittsburgh) | 2.00 | 40.00 |
| Head Tax Withheld (PA,Allegheny,Monroeville) | 0.00 | 6.00 |
| School Withheld (PA,Fort Cherry SD) | 25.76 | 524.02 |



**Payslip**

Page: 3 of 3

| Other Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| AFLAC Personal STD | 47.52 | 1,045.44 |
| Child Support Deduction (4280102021a) | 138.46 | 3,350.74 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|  |  |  |  | USD | 3,518.28 |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Total Dependent Amount | Extra Withholding |
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Exemptions | Additional Amount |
| PA |  |  | 0.00 |

AHN Emerus, LLC  8686 New Trails Drive #100  The Woodlands, TX 77381

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Adam Kvedens | AHN Emerus, LLC | | 10/06/2024 | 10/19/2024 | 10/25/2024 | |

| | Gross Pay | Pre tax | Employee Taxes | Post tax | Net Pay |
|---|---|---|---|---|---|
| Current | 879.90 | 0.00 | 173.17 | 0.00 | 706.73 |
| YTD | 879.90 | 0.00 | 173.17 | 0.00 | 706.73 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Orientation Hours | 10/07/2024-10/19/2024 | 20.95 | 42 | 879.90 | 879.90 |
| Earnings | | | | 879.90 | 879.90 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 54.55 | 54.55 |
| Medicare | 12.76 | 12.76 |
| Federal Withholding | 67.43 | 67.43 |
| State Tax - PA | 27.01 | 27.01 |
| SUI-Employee Paid - PA | 0.62 | 0.62 |
| City Tax - BRNTW | 8.80 | 8.80 |
| PA LST - BRNTW | 2.00 | 2.00 |
| Employee Taxes | 173.17 | 173.17 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 879.90 | 879.90 |
| Medicare - Taxable Wages | 879.90 | 879.90 |
| Federal Withholding - Taxable Wages | 879.90 | 879.90 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| | | | | 706.73 | USD |

| Name | Company | AHN Emerus, LLC  8686 New Trails Drive  #100  The Woodlands, TX 77381 | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Adam Kvederis | AHN Emerus, LLC | | | 10/20/2024 | 11/02/2024 | 11/08/2024 | |

| | Gross Pay | Pre tax | Employee Taxes | Post tax | Net Pay |
|---|---|---|---|---|---|
| Current | 512.66 | 0.00 | 85.81 | 0.00 | 426.85 |
| YTD | 1,392.56 | 0.00 | 258.98 | 0.00 | 1,133.58 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Night Shift $1 | 10/27/2024-11/02/2024 | 7.95 | 1 | 7.95 | 7.95 |
| Orientation Hours | 10/27/2024-11/02/2024 | 12.0167 | 42 | 504.71 | 1,384.61 |
| Earnings | | | | 512.66 | 1,392.56 |

### Employer Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 31.79 | 86.34 |
| Medicare | 7.43 | 20.19 |
| Federal Withholding | 23.37 | 90.80 |
| State Tax - PA | 15.74 | 42.75 |
| SUI-Employee Paid - PA | 0.35 | 0.97 |
| City Tax - BRNTW | 5.13 | 13.93 |
| PA LST - BRNTW | 2.00 | 4.00 |
| Employee Taxes | 85.81 | 258.98 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 512.66 | 1,392.56 |
| Medicare - Taxable Wages | 512.66 | 1,392.56 |
| Federal Withholding - Taxable Wages | 512.66 | 1,392.56 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| | | | | 426.85 | USD |