**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | : | **Bankruptcy No. 24-22759-JAD** |
| **Adam M. Kvederis,** | : | |
| **Debtor** | : | **Chapter 13** |
| | : | |
| **Adam M. Kvederis,** | : | **Related to Docket No.: 37** |
| **Movant** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the Motion for Approval of Post-Petition Education Financing, filed January 30, 2026, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than February 16, 2026.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: February 17, 2026

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

       I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: <u>February 17, 2026</u>                               *By: /s/ Caitlyn Campbell*
                                                            Caitlyn Campbell, PARALEGAL
                                                            FOSTER LAW OFFICES, LLC
                                                            1210 Park Avenue
                                                            Meadville, PA 16335
                                                            Tel 814.724.1165
                                                            Fax 814.724.1158

Label Matrix for local noticing
0315-2
Case 24-22759-JAD
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Fri Jan 30 10:53:44 EST 2026

American Express National Bank c/o Zwicker
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-0943

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430

Peoples Natural Gas Company LLC
GRB Law
c/o Jeffrey R. Hunt, Esquire
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219-1753

2
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

AES
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105-2461

Affirm, Inc
650 California St, Fl 12
San Francisco, CA 94108-2716

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108-2716

Allegheny Co Fam Div
414 Grant St
Pittsburgh, PA 15219-2409

Allegheny County DRS
440 Ross Street
Pittsburgh, PA 15219-2117

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

American First Finance
PO Box 565848
Dallas, TX 75356-5848

American First Finance, LLC
c/o Becket and Lee LLP
PO Box 3002
Malvern PA 19355-0702

Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998-1535

Aqua Finance, Inc.
PO Box 1143
Wausau, WI 54402-1143

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899-8801

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024-2302

Chase Auto Finance
Attn: Bankruptcy
700 Kansas Lane La
Monroe, LA 71203-4774

Chrome Federal Credit
Po Box 658
Canonsburg, PA 15317-0658

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179-0040

(p)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

Connexus Credit Union
Attn: Bankruptcy
Po Box 8026
Wausau, WI 54402-8026

Debt Collection Partners LLC
Wes Mon Building 827 Fairmont Road
Suite 207
Morgantown, WV 26501

Fort Cherry School District /
Mount Pleasant Township
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642-7539

JPMorgan Chase Bank, N.A.
National Bankruptcy Department
P.O. Box 29505 AZ1-5757
Phoenix AZ 85038-9505

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Keystone Collections Group
PO Box 499
Irwin, PA 15642-0499

LoanCare Llc
Attn: Bankruptcy
Po Box 8068, VA 23452

LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452-4262

Michelle Salisbury
2331 Glenarm Street
Pittsburgh, PA 15226-1634

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

Navient
Attn:  Bankruptcy
Po Box 9635
Wilkes Barre, PA 18773-9635


Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222-4013

PA Department of Revenue
PO Box 280407
Harrisburg, PA 17128-0407

PA SCDU
PO Box 69112
Harrisburg, PA 17106-9112


(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Pittsburgh Federal Cu
317 Brownsville Rd
Pittsburgh, PA 15210-2248

Quantum3 Group LLC as agent for
Crown Asset Management LLC
PO Box 788
Kirkland, WA  98083-0788


Quantum3 Group LLC as agent for
Velocity Investments LLC
PO Box 788
Kirkland, WA  98083-0788

Rubin & Rothman, LLC
c/o Paul Klemm, Esq.
1787 Veterans Highway, Suite 32
Islandia, NY 11749-1500

Ruby Memorial Hospital
1 Medical Center Drive
Morgantown, WV 26506


Syncb
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

T Mobile/T-Mobile USA Inc
by AIS Infosource, LP as agent
PO Box 248848
Oklahoma City, OK  73124-8848

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901


(p)UPLIFT  INC
2 N CENTRAL AVE FL 10
PHOENIX AZ 85004-4422

Upstart
Attn: Bankruptcy
Po Box 1503
San Carlos, CA 94070-7503

WVU Medicine
PO Box 1123
Minneapolis, MN 55440-1123


West Penn Power
5001 NASA Blvd
Fairmont WV 26554-8248

West Penn Power
PO Box 16001
Reading, PA 19612-6001

Adam M. Kvederis
11 Antil Avenue
Mc Donald, PA 15057-2815


Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335-3110

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Citizens Bank
Attention: Bankruptcy
1 Citizens Plaza
Providence, RI 02903

(d)Citizens Bank N.A.
One Citizens Bank Way
Johnston, RI 02919
Mailstop JCA 115

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

Mohela
Attn: Bankruptcy
633 Spirit Drive
Chesterfield, MO 63005

(d)Mohela/dept Of Ed
633 Spirit Drive
Chesterfield, MO 63005

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

T-Mobile
PO Box 742596
Cincinnati, OH 45274

(d)US Department of Education/MOHELA
633 Spirit Drive
Chesterfield, MO 63005

Uplift Inc
Attn: Bankruptcy
440 N. Wolfe Road
Sunnyvale, CA 94085

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMORGAN CHASE BANK, N.A.

(u)LAKEVIEW LOAN SERVICING, LLC.

End of Label Matrix
Mailable recipients    52
Bypassed recipients     2
Total                  54