# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ADAM M. KVEDERIS                                          Case No. 24-22759JAD

Debtor(s)

RONDA J. WINNECOUR,                                       Chapter 13
Standing Chapter 13 Trustee,

Movant                                                   Document No __
        vs.

SYNCHRONY BANK++

Respondents

## NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   Trustee has not been provided a requested valid address for creditor.
   Address for creditor is inactive.

   **Parties are advised that funds placed on reserve may be treated as general plan funding and redistributed pursuant to the terms of the confirmed plan.**

SYNCHRONY BANK++                          Court claim# /Trustee CID# 11
PO BOX 669807*
DALLAS, TX 75266


The Movant further certifies that on 04/24/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                          /s/ Ronda J. Winnecour
                                          RONDA J WINNECOUR PA ID #30399
                                          CHAPTER 13 TRUSTEE WD PA
                                          600 GRANT STREET
cc:  debtor(s)                            SUITE 3250 US STEEL TWR
     original creditor                    PITTSBURGH, PA  15219
     putative creditor                    (412) 471-5566
     counsel for debtor(s)                cmecf@chapter13trusteewdpa.com
     counsel for the creditor(s) (if known)

DEBTOR(S):
ADAM M. KVEDERIS, 11 ANTIL AVENUE,
MC DONALD, PA  15057

DEBTOR'S COUNSEL:
DANIEL P FOSTER ESQ**, FOSTER LAW
OFFICES, 1210 PARK AVE, MEADVILLE, PA
16335

ORIGINAL CREDITOR:
SYNCHRONY BANK++, PO BOX 669807*,
DALLAS, TX  75266

NEW CREDITOR: